UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| NATHANIEL HENDERSON, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. C-06-00245 |
| § | |
| NATHANIEL QUARTERMAN, § | |
| § | |
| Respondent. § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation to Grant Respondent's Motion for Summary Judgment, the Court renders final judgment dismissing petitioner's habeas petition. Certificate of appealability is denied.

SIGNED this 2nd day of April, 2007.

_____
Janis Graham Jack
United States District Judge