UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NATHANIEL HENDERSON, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-06-245 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**
**REGARDING PETITIONER'S MOTION TO RECONSIDER**

On February 4, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that petitioner's motion to reconsider (D.E. 27) be granted in part as it relates to the original recommendation that petitioner had no liberty interest in his good-time credit, and recommended that petitioner has established a liberty interest in his loss of sixty days of good-time credit. The Memorandum and Recommendation recommended further that petitioner's motion to reconsider be denied as to all other claims and that he be denied a certificate of appealability. Seeing no objection to this recommendation by either party and having now reviewed the recommendation this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that petitioner's motion to reconsider (D.E. 27) is granted in part as it relates to the original recommendation that petitioner had no liberty interest in his good-time credit, and finds that petitioner has established a liberty interest in his loss of sixty days of good-time credit. Petitioner's motion to reconsider is denied as to all other claims. Certificate of appealability is denied.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 4th day of March, 2008.

_____
Janis Graham Jack
United States District Judge